# United States Bankruptcy Court
### Eastern District of Michigan

In re  **Erin L Owens**  Case No. **10-53504**
Debtor(s)  Chapter **13**

## **PAYMENT ORDER**

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **Absolute Title, Inc.**
("Payor"), at **2875 W. Liberty**
**Ann Arbor, MI 48103**

immediately forward and make payable to: **Tammy L. Terry**
**Chapter 13 Trustee**
**P.O. Box 2039**
**Memphis, TN 38101-2039**

$168.50 Semi-monthly

**(Set forth all names, including trade names used by the Debtor(s) within the last 6 years.)**

**Erin L Owens (SSN: xxx-xx-8527)**

**Signed on May 04, 2010**

　　　　　　　　　　　　　　　　　　　　　　　　**___ __/s/ Walter Shapero_____**
　　　　　　　　　　　　　　　　　　　　　　　　**Walter Shapero**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

**\*\*weekly　　bi-weekly　　semi-monthly　　monthly**