PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-13790

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| In re | Bk. No. 10-53504-wsd |
| Erin L. Owens | Chapter 13 |
| Debtor. / | REQUEST FOR SPECIAL NOTICE |

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: May 10, 2010         By /s/ Dean R. Prober
                            DEAN R. PROBER, ESQ., CA BAR # 106207
                            As Agent for BAC Home Loans Servicing, LP

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On May 17, 2010, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Erin L. Owens
129 Bell St.
Ypsilanti, MI 48197
Debtor

John Robert Keyes, Esquire
300 North Huron Street
Ypsilanti, MI 48197
Attorney for Debtor

Tammy L. Terry
Buhl Building
535 Griswold, Suite 2100
Detroit, MI 48226
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2010, at Woodland Hills, California.

                                                  */s/ Danielle Seth-Hunter*