# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### COVER SHEET FOR AMENDMENTS

**CASE NAME:** Erin L Owens

**CASE NUMBER:** 10-53504

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

- ☐ Add creditors to schedule(s) _____. How many?___
  (Use second page of this form to list creditors added).

  - ☐ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

- ☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

- ☒ Other: (Provide detail of Amendment) **Remove cell phone and health club from Sch. G**

- ☒ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

- ☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to make corrections to the names and address of any creditors or parties in interest who are listed on the current matrix of the case.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

**NAME OF CREDITOR** (As it now appears):

(Please print)

Previous address: Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

**NAME OF CREDITOR** (As it now appears):

(Please print)

Address

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature: **/s/ John Robert Keyes**

**John Robert Keyes P68856**

Name of Attorney
**300 North Huron Street**
**Ypsilanti, MI 48197**
**(734) 662-1590**
**robert@robertkeyeslaw.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Erin L Owens**
**Erin L Owens**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

B6G (Official Form 6G) (12/07)

In re   **Erin L Owens**                                 ,  Case No.   **10-53504**
                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                              Best Case Bankruptcy