UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Erin Owens                         Bankruptcy Case No. 10-53504
                                             Chapter 13
                                             Judge: Walter Shapero
_____/
 Debtor.

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2010, a copy of the Cover Sheet for Amendments and Schedule G was served on the following party by electronic notification via CM/ECF:

    Tammy L. Terry
    mieb_ecfadmin@det13.net

                                       /s/ John Robert Keyes
                                       Robert Keyes P68856
                                       Robert Keyes Law
                                       300 North Huron Street
                                       Ypsilanti, MI 48197
                                       (734) 662-1590
                                       robert@robertkeyeslaw.com