United States Bankruptcy Court
Eastern District of Michigan

In re: Erin L. Owens,                                             Case No. 10-53504
                                                                                  Judge: Walter Shapero
                                    Debtor.
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:

    Creditor Objectins:

3. __X__ Request an adjournment of the confirmation hearing to August 9, 2010, or the first available date after that, due to the following good cause: Adversary Proceeding 10-05320 has been filed and Debtor is waiting on decision from Judge Shapero to rule on Application for Default.

4. ___. Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

Dated: July 19, 2010

                                                                 /s/ John Robert Keyes
                                                                  Robert Keyes (P68856))
                                                                  Debtor's Attorney
                                                                  300 North Huron Street
                                                                  Ypsilanti, MI 48197
                                                                  (734) 662-1590