IN RE: Erin L Snyder  CHAPTER 13
CASE NO. 10-53504
JUDGE Walter Shapero

Debtor,
_____/

## ORDER CONFIRMING PLAN

  The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

  Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

  IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

  IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

  All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

  IT IS FURTHER ORDERED that the Bank of America 2nd mortgage that is the subject of AP #10-05320 be treated as an Class 8 unsecured claim pursuant to the terms of the adversary case, and the Default Judgment entered there as docket entry # 8.

  IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ☒ The Debtor shall remit 100% of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.
- ☒ The Debtor's Plan shall continue for no less than 36 months.
- ☒ Class 8 General unsecured creditors shall receive 8% on their duly filed claims.
- ☐ The Debtor's Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, _____.
  - ☐ Creditors rights to object to the last filed Modified Plan are preserved until_____
- ☐ Other:

APPROVED:      OBJECTIONS WITHDRAWN:   APPROVED:

/s/ Tammy Terry _____  _____  /s/ Robert Keyes
TAMMY L. TERRY (P26803) CREDITOR:    Robert Keyes (P68856)
CHAPTER 13 TRUSTEE        ATTORNEY FOR DEBTOR
Buhl Building           Robert Keyes Law
535 Griswold           300 North Huron Street
Suite 2100            Ypsilanti, MI 48197
Detroit, MI 48226         734-662-1590
313-967-9857

**Signed on November 03, 2010**

                /s/ Walter Shapero
                **Walter Shapero**
                **United States Bankruptcy Judge**