# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN-DIVISION-DETROIT

IN RE:

                                                         Case Number: 10-53504
                                                         Chapter 7

Erin Owens                                       Judge: Shapero

_____/

## WITHDRAWAL OF THE MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

      **NOW COMES** Marrs & Terry, PLLC, and hereby withdraws THE MOTION TO TURNOVER WITHDRAW AND SUBSTITUTION OF COUNSEL filed for the Debtor filed on July 13, 2011.

                                                                        Respectfully submitted,

                                                                       /s/Michelle Marrs, Esq.

                                                                       MARRS & TERRY, PLLC

                                                                       6553 Jackson Road
                                                                       Ann Arbor, MI 48103
                                                                       (734) 663-0555
                                                                       mandtecf@gmail.com

Date: July 13, 2011