**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:
Erin L Owens nka Erin L Snyder

Debtor
_______/

No. 10-53504-wsd
Honorable Judge Walter Shapero
Chapter 13

**ORDER ON MOTION TO REOPEN CH. 13 TO ALLOW FOR FILING OF CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS**

This matter having come before the Court upon the **MOTION TO REOPEN CH. 13 TO ALLOW FOR FILING OF CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS** and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the MOTION TO REOPEN CH. 13 TO ALLOW FOR FILING OF CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS is granted.

.

**Signed on February 25, 2014**

**/s/ Walter Shapero**
**Walter Shapero**
**United States Bankruptcy Judge**